UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALAHASSEE DIVISION

**United States of America**

        **Plaintiff,**

**v.**

**Dung Ngoc Tran a.k.a Tran Dung a.k.a Don Tran a.k.a. Dung N. Tran, Ngoc Anh Thi Tran a.k.a. Tran Ann a.k.a Anh T. Ngoc Tran a.k.a Anh T. Tran, Minh Duc Nguyen, Broadcast Music, Inc., Crompton Songs, LLC, EMI Blackwood Music Inc., EMI Virgin Songs Inc., Gibb Brothers Music, Henstone Publishing, MJ Publishing Trust, Musicworks, Plainview Diner Music, Toomptsone Publishing, Universal Songs of Polygram International Inc., Very Tony Music Waters of Nazareth Publishing, Young Jeezy Music and the City of Mary Esther, Florida**

        Civil No.

        **Defendants.**

_____

        Plaintiff, UNITED STATES OF AMERICA, by and through its undersigned Special Assistant United States Attorney, files this Complaint to Foreclose a Mortgage and alleges:

    1.    This is an action brought by the UNITED STATES OF AMERICA on behalf of its Agency, the United States Small Business Administration ("SBA").

    2.    This Court has jurisdiction pursuant to Title 28 United States Code, Section 1345.

3. This is an action to foreclose a mortgage on real estate located in Okaloosa County, Florida.

4. On December 14, 2005, Dung Ngoc Tran a.k.a Tran Dung a.k.a Don Tran a.k.a. Dung N. Tran (hereafter "Dung Tran") and Ngoc Anh Thi Tran a.k.a. Tran Ann a.k.a Anh T, Ngoc Tran a.k.a Anh T. Tran (hereafter "Anh Tran") executed a Promissory Note in the principal amount of $924,100, made payable to SBA. A copy of the Promissory Note is attached hereto as Exhibit "A".

5. In order to secure payment of the aforesaid Promissory Note, Dung Tran and Anh Tran executed and delivered to SBA a certain real estate Mortgage recorded on December 20, 2005 in Official Records Book 2674, Page 3393 of the Public Records of Okaloosa County, Florida, covering the following described property:

> Beginning at the Northeast quarter of the Northwest quarter of Section 3, Township 2 South, Range 24 West, thence South 1012 feet and 3 inches to the point of beginning; thence West 420 feet to a point; thence South 97 feet and 9 inches; thence East 420 feet; thence North 97 feet and 9 inches to point of beginning; all lying and being in the Northwest quarter of Section 3, Township 2 South, Range 24 West, Okaloosa County Florida, Parcel Identification Number 03 2S 24 0000 0146 0000

Such property known commonly as 794 Beal Parkway, Mary Esther, Florida 32547 and hereinafter referred to as "the premises". A copy of said Mortgage is attached hereto as Exhibit "B".

6. The Promissory Note made by Dung Tran and Ahn Tran in favor of SBA is in default and although due demand has been made upon said Dung Tran and Ahn Tran for payment of the same, she has failed, neglected and refused to make payments.

7. UNITED STATES OF AMERICA has elected and does hereby elect to declare the entire amount due upon said Promissory Note.

8. There is presently due and owing the plaintiff the principal sum of $96,674.38, interest accrued through October 3, 2014 in the sum of $15,720.95 and interest accruing thereafter at a daily rate of $7.68.

9. On January 26, 2012, defendant Minh Duc Nguyen acquired title to the premises through a Quit-Claim Deed dated August 9, 2013 and filed in Official Records book 3115, page 643 of the Public Records of Okaloosa County, Florida.

10. Defendants Tran Dung and Anh Dung are the debtors. Defendant the unknown Executor or Executrix of the Estate of June Dixon Appling is being sued in his or her representational capacity.

11. Defendant Minh Duc Nguyen owns the premises, subject to plaintiff's lien.

12. Defendants Broadcast Music, Inc., Crompton Songs, EMI Blackwood Music Inc., EMI Virgin Songs Inc., Gibb Brothers Music, Henstone Publishing, MJ Publishing Trust, Musicworks, Plainview Diner Music, Toomptsone Publishing, Universal Songs of Polygram International Inc., Very Tony Music, Waters of Nazareth Publishing, and Young Jeezy Music may have claim to the premises by virtue of a judgment recorded in Official Records Book 3025, page 4268 of the Public Records of Okaloosa County, Florida. Such claim is junior and inferior to the claim of the plaintiff.

13. Defendant City of Mary Esther, Florida, N.A. may have a claim to the premises by virtue of an enforcement order made on or about March 19, 2012 and recorded in Official Records Book 3027, page 4873 of the Public Records of Okaloosa County, Florida. Such claim is junior and inferior to the claim of the plaintiff.

14. It has been necessary for the plaintiff to procure an appraisal and a search of the title of the mortgaged property and plaintiff may have to advance money for payment of taxes and insurance on said property, which expenses plaintiff is entitled to recover under the terms of the Mortgage and the payment of which is secured by the lien of that Mortgage.

15. Plaintiff is the real party in interest and is the holder and owner of the Note and Mortgage herein described.

16. The Mortgage of the plaintiff is a lien superior to any right, title, claim, lien or interest of any defendant to this cause.

WHEREFORE, UNITED STATES OF AMERICA demands judgment in the amount of the sum due to plaintiff, including principal, interest and costs, under the Note and Mortgage, and, if the sum is not paid within the time set by this Court, that the subject property be sold under the direction of the Court to satisfy plaintiff's claim.  Furthermore, plaintiff prays that this honorable Court grant it all other relief which the Court may deem just and proper.

PAMELA C. MARSH
UNITED STATES ATTORNEY
/s/ T.C. Treanor
Timothy C. Treanor
Special Assistant U.S. Attorney
Timothy.treanor@sba.gov
Court ID A5501156
U.S. Small Business Administration
Suite 7500
409 3rd Street SW
Washington, DC 20416
Telephone 202.619.1029
Facsimile 202.481.5875